IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM C. HILL,

      Plaintiff,                      No. 2:12-cv-2918 CKD P

    vs.

DAVID M. FOLLETTE, M.D.,

      Defendants.               <u>ORDER</u>

_____/

        On December 12, 2012, plaintiff consented to the jurisdiction of the undersigned. (ECF No. 4). By order filed March 14, 2013, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: April 29, 2013

                                       _____
                                       CAROLYN K. DELANEY
                                       UNITED STATES MAGISTRATE JUDGE

8
hill2918.fta